No. 87–489.  COHERENT, INC. v. SPECTRA-PHYSICS, INC. C. A. Fed. Cir.  Certiorari denied.

No. 87–490.  ARONSON v. ILLINOIS ET AL.  C. A. 7th Cir. Certiorari denied.

No. 87–491.  WILLIAMS ET AL. v. BAXTER.  C. A. 9th Cir. Certiorari denied.

No. 87–497.  FELDMAN ET AL. v. PIONEER PETROLEUM, INC., ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 87–507.  PALM BEACH NEWSPAPERS, INC. v. BURK, JUDGE, CIRCUIT COURT OF FLORIDA, PALM BEACH COUNTY, ET AL.; and
No. 87–508.  MIAMI HERALD PUBLISHING CO. v. BURK, JUDGE, CIRCUIT COURT OF FLORIDA, PALM BEACH COUNTY, ET AL.  Sup. Ct. Fla.  Certiorari denied.

No. 87–514.  HOOPER ET AL. v. SACHS ET AL.  C. A. 4th Cir. Certiorari denied.

No. 87–516.  ROMAN v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 87–518.  HAGAR v. NATIONAL RAILROAD PASSENGER CORPORATION.  C. A. 2d Cir.  Certiorari denied.

No. 87–530.  JOSEPH O. FAWCETT & SONS, INC., ET AL. v. UNION PACIFIC RAILROAD CO. ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 87–533.  STEVER v. NEW JERSEY.  Sup. Ct. N. J.  Certiorari denied.

No. 87–539.  ROBERTSON v. CITY OF LOUISVILLE, BY AND THROUGH THE URBAN RENEWAL AND COMMUNITY DEVELOPMENT AGENCY OF LOUISVILLE.  Ct. App. Ky.  Certiorari denied.

No. 87–554.  OKLAHOMA v. TODD.  Ct. Crim. App. Okla. Certiorari denied.